STATE OF NEW JERSEY v. LEE BARNETT.

December 8, 1987.

Leave to appeal granted, and the matter is remanded to the Superior Court, Law Division, Union County, for consideration of the merits of defendant's contention that his request for an attorney precluded any subsequent waiver of his constitutional right against self-incrimination—the manner in which any fur-

ther proceedings are to be conducted is left to the discretion of the trial court.